UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LONNIE COSTELLO | CIVIL ACTION |
| VERSUS | NO. 2:11-cv-01489 |
| GISCLAIR TOWING COMPANY, INC. | JUDGE DUVAL |
| | MAGISTRATE JUDGE KNOWLES |

### JOINT MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE

**NOW COME** all parties to the above-referenced civil action, through undersigned counsel, and jointly move this Honorable Court for the entry of an Order dismissing all claims, with prejudice, as a settlement has been reached and this matter concluded by the parties.

Respectfully submitted:

**s/C. Arlen Braud, II**
C. ARLEN BRAUD, II
Braud & Gallagher, LLC
111 N. Causeway Blvd., Suite 201
Mandeville, LA 70448
Telephone: 985-778-0771
Facsimile: 985-778-0781
E-Mail: arlemb@braudandgallagher.com
Attorney for Plaintiff, Lonnie Costello

**s/Adam P. Sanderson**
ANDRÉ J. MOULEDOUX (Bar 9778)
DANIEL J. HOERNER (Bar #21706)
TREVOR CUTAIAR (Bar #33082)
ADAM P. SANDERSON (Bar #31312)
Mouledoux, Bland, Legrand & Brackett, LLC
701 Poydras Street, Suite 4250
New Orleans, LA 70139
Telephone: 504-595-3000
Facsimile:  504-522-2121
E-Mail: amouledoux@mblb.com
Attorney for Defendants, Gisclair Towing Company, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: **None**

**s/Adam P. Sanderson**

2