UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LONNIE COSTELLO | CIVIL ACTION |
| VERSUS | NO.  2:11-cv-01489 |
| GISCLAIR TOWING COMPANY, INC. | JUDGE DUVAL |
| | MAGISTRATE JUDGE KNOWLES |

**O R D E R**

Considering the foregoing Joint Motion to Dismiss All Claims With Prejudice,

**IT IS HEREBY ORDERED** that all claims in this action are hereby dismissed, with prejudice, as of settlement and compromise, with each party to bear its own respective costs of court.

Signed at New Orleans, Louisiana this _16th_ day of July, 2012.

_____
Stanwood R. Duval, Jr.
United States District Judge